DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
PH: (702) 388-6336
Fax: (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY WILKINS,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:13-cv-00918-JCM-PAL<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
### (Second Request)

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Commissioner), by

and through her counsel, requests that this Court extend the time for Defendant to respond to

Plaintiff's First Amended Complaint.  This is Defendant's second request for an extension of time.

Defendant's current deadline is December 5, 2013.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The instant extension is not being requested to unduly delay this case.  Rather, the extension is necessary because the Office of Disability Adjudication and Review has not yet compiled the Administrative Record.  The Administrative Record has not been compiled because the Appeals Council must first determine whether the agency will find good cause to extend the time for Plaintiff to seek judicial review of the Commissioner's final decision on her disability claim.  This determination is necessary so that the agency may determine how to respond to the First Amended Complaint.

Plaintiff attached her Complaint to her Motion for Leave to Proceed in forma pauperis on May 23, 2013 (Dkt. 1-1), which exceeded the time for filing an action for judicial review of the agency's decision.  *See* Order, Dkt. 5 at 1:17-20.  The Appeals Council is examining the reasons that Plaintiff stated in her First Amended Complaint for her delay in seeking judicial review (Dkt. 4).  Defendant will file a response to the First Amended Complaint as soon as possible after receiving notice of the agency's position on whether good cause exists to excuse Plaintiff's late filing, and if appropriate, the Administrative Record is compiled.

///
///
///
///
///
///
///
///
///
///
///

1         Agency counsel for Defendant contacted Plaintiff by telephone on December 4, 2013, and

2    Plaintiff agreed to an additional 30-day extension.  Agency counsel provided Plaintiff with her direct

3    telephone number in the event that Plaintiff has any questions or concerns about the status of her case.

4    It is therefore respectfully requested that the Court grant Defendant a thirty (30) day extension of time

5    to file an appropriate pleading in response to the First Amended Complaint, up to and including

6    January 4, 2014.

7         Respectfully submitted this 4th day of December 2013.

8                             DANIEL G. BOGDEN
                              United States Attorney

9
                              */s/ Blaine T. Welsh*

10                            BLAINE T. WELSH
                              Assistant United States Attorney

11

12   OF COUNSEL
     DONNA L. CALVERT

13   Acting Regional Chief Counsel

14   ELLINOR R. CODER
     Assistant Regional Counsel

15   Social Security Administration

16

17

18                            IT IS SO ORDERED:

19

20                            UNITED STATES DISTRICT JUDGE
                              UNITED STATES MAGISTRATE JUDGE

21

22                            DATED: ___ December 6, 2013 _____

23

24

25

26                       3