1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8    MARY WILKINS,                                    2:13-CV-918 JCM (PAL)

9                    Plaintiff(s),

10   v.

11   CAROLYN W. COLVIN,

12                    Defendant(s).

13

14                                      **ORDER**

15          Presently before the court are the report and recommendation of Magistrate Judge Leen.

16   (Doc. # 22). No objections have been filed even though the deadline for filing objections has passed.

17          Magistrate Judge Leen recommended that plaintiff's complaint be dismissed due to plaintiff's

18   repeated failures to adhere to the court's scheduling and show cause orders. (Doc. # 22).

19          This court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to

21   a magistrate judge's report and recommendation, then the court is required to "make a de novo

22   determination of those portions of the [report and recommendation] to which objection is made."

23   28 U.S.C. § 636(b)(1).

24          Where a party fails to object, however, the court is not required to conduct "any review at all

25   . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

26   Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate

27   judge's report and recommendation where no objections have been filed. *See United States v.*

28

**James C. Mahan**
**U.S. District Judge**

1  *Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the

2  district court when reviewing a report and recommendation to which no objections were made); *see*

3  *also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's

4  decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any

5  issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's

6  recommendation, then this court may accept the recommendation without review. *See, e.g.*,

7  *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation

8  to which no objection was filed).

9       Nevertheless, this court finds it appropriate to engage in a de novo review to determine

10  whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation,

11  this court finds good cause appears to ADOPT the magistrate judge's findings in full.

12       Accordingly,

13       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and

14  recommendation of Magistrate Judge Leen (doc. # 22) are ADOPTED in their entirety.

15       IT IS FURTHER ORDERED that plaintiff's complaint is DISMISSED without prejudice.

16  The clerk is instructed to enter judgment accordingly and close the case.

17       DATED July 9, 2014.

18

19  _____

20  **UNITED STATES DISTRICT JUDGE**

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**